**EXHIBIT 4**

**Concrete Technology Incorporated**
PO Box 7389
Moreno Valley, CA 92552

**Sub-Contractors**
#295 Courthouse Bay BEQ
04/30/12

| Description | Takeoff Quantity | F | F | F |
|---|---|---|---|---|
| **3 Concrete** | | | | |
| Reinforcing, Rebar, #4 | 3952.96 LF | 0.76 | 2906.00 LB | 2,208.56 |
| Reinforcing, Rebar, #5 | 8956.76 EA | 0.76 | 10814.00 LB | 8,218.64 |
| Fine Grade-SOG | 11490.15 SF | 1,800.00 | 2.00 DY | 3,600.00 |
| 28 Meter Boom Pump | 329.28 CY | 15.00 | 331.00 CY | 4,965.00 |
| | | | | 18,992.20 |
| | | SubContractor Cost | | $18,992.20 |
| | | Tax | 0.00 % | 0.00 |
| | | Burden | 0.00 % | 0.00 |
| | | Total SubContractor Cost | | $18,992.20 |

**Concrete Technology Incorporated**
PO Box 7389
Moreno Valley, CA 92552

**Sub-Contractors**
#295 Courthouse Bay BEQ
04/30/12

| Description | Takeoff Quantity | F | F | F |
|---|---|---|---|---|
| **3 Concrete** | | | | |
| Reinforcing, Rebar, #4 | 11905.65 LF | 0.76 | 8747.00 LB | 6,647.72 |
| Reinforcing, Rebar, #5 | 17633.40 LF | 0.76 | 20359.00 LB | 15,472.84 |
| Fine Grade-SOG | 14713.01 SF | 1,800.00 | 3.00 DY | 5,400.00 |
| 28 Meter Boom Pump | 1185.07 CY | 35.00 | 1188.00 CY | 29,180.00 |
| | | | | 56,700.56 |
| | | SubContractor Cost | | $56,700.56 |
| | | Tax | 0.00 % | 0.00 |
| | | Burden | 0.00 % | 0.00 |
| | | Total SubContractor Cost | | $56,700.56 |

| Item # | Description | Quantity | TU | AM | AL | AS | AE | AO | F | F | Total Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3006000.0011 | Stake, 18" x 3/4", 36" On Center | 72.00 | LF | | | | | | 0.00 | 0.19 | 13.90 |
| 3010000.0001 | Cure | 14713.01 | SF | 228 | 101L | | | | 6.00 | 0.06 | 821.24 |
| 3010000.0002 | Place & Finish Slab on Grade Per SF | 14713.01 | SF | | | 406 | | | 118.00 | 0.24 | 3,599.99 |
| 3010000.0005 | Slab on Grade, Pour Crew | 14713.01 | SF | | 101H | | | | 43.00 | 0.09 | 1,311.86 |
| 3010000.0011 | Vapor barrier, 10 Mil Polyethylene | 14713.01 | SF | 228 | 101G | | | | 10.00 | 0.09 | 1,381.71 |
| 3010000.0020 | Slab Set Up | 14713.01 | SF | | 101H | | | | 99.00 | 0.21 | 3,020.33 |
| 3010000.0050 | Fine Grade-SOG | 14713.01 | SF | | 101G | 406 | | | 82.00 | 0.54 | 7,901.69 |
| 3017000.0025 | Concrete Base, Coarse Sand | 326.96 | TN | 226 | | | | | 0.00 | 20.66 | 6,755.81 |
| 3018000.0010 | 3000 PSI Concrete Ready Mix | 204.35 | CY | | | | | | 0.00 | 102.23 | 20,889.68 |
| 3018000.0011 | Waste | 22.71 | CY | | | | | | 0.00 | 114.19 | 2,593.20 |
| 3019000.0025 | 28 Meter Boom Pump | 204.35 | CY | | | 406 | | | 0.00 | 15.05 | 3,075.00 |
| | | | | | | | | | | | 65,879.29 |

### Location - 100 4" Slab on Grade AC

| Item # | Description | Quantity | TU | AM | AL | AS | AE | AO | F | F | Total Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1000004.0002 | Concrete Washout | 159.58 | CY | | | | | A403 | 0.00 | 1.00 | 160.00 |
| 3001000.0005 | Form, 2" x 4" | 60.00 | LF | 227 | | | | | 0.00 | 0.33 | 19.79 |
| 3001000.0014 | Set Edge Form 14 lf per Hour | 50.00 | LF | | 101L | | | | 4.00 | 2.44 | 122.03 |
| 3001000.0025 | Form, 2" x 12" | 50.00 | LF | 227 | | | | | 0.00 | 1.65 | 82.65 |
| 3001000.0027 | Edge Form 14 LF/ HR | 60.00 | LF | | | | | | 5.00 | 2.54 | 152.54 |
| 3003500.0005 | Reinforcing, Wire Mesh, 4" x 4" - #10 / 10' | 11490.15 | SF | | | | | | 51.00 | 0.52 | 5,966.83 |
| 3004000.0495 | Joint, Saw Cut | 977.46 | LF | | 101G | | 301 | | 4.00 | 0.40 | 387.92 |
| 3004000.0500 | Joint, Expansion, Asphalt, 1/2" x 4" | 1137.00 | LF | | | | | | 57.00 | 1.86 | 2,111.16 |
| 3006000.0010 | Stake, 18" x 3/4", 48" On Center | 50.00 | LF | 227 | | | | | 0.00 | 0.28 | 13.91 |
| 3006000.0011 | Stake, 18" x 3/4", 36" On Center | 60.00 | LF | | | | | | 0.00 | 0.23 | 13.90 |
| 3010000.0001 | Cure | 11490.15 | SF | 228 | 101L | | | | 5.00 | 0.06 | 663.10 |
| 3010000.0002 | Place & Finish Slab on Grade Per SF | 11490.15 | SF | | | 406 | | | 105.00 | 0.28 | 3,203.38 |
| 3010000.0005 | Slab on Grade, Pour Crew | 11490.15 | SF | | 101H | | | | 32.00 | 0.08 | 976.27 |
| 3010000.0011 | Vapor barrier, 10 Mil Polyethylene | 11490.15 | SF | 228 | 101G | | | | 8.00 | 0.09 | 1,081.45 |
| 3010000.0020 | Slab Set Up | 11490.15 | SF | | 101H | | | | 77.00 | 0.20 | 2,349.15 |
| 3010000.0050 | Fine Grade-SOG | 11490.15 | SF | | 101G | 406 | | | 64.00 | 0.48 | 5,552.54 |
| 3017000.0025 | Concrete Base, Coarse Sand | 170.22 | TN | 226 | | | | | 0.00 | 20.66 | 3,517.17 |
| 3018000.0010 | 3000 PSI Concrete Ready Mix | 159.58 | CY | | | | | | 0.00 | 102.23 | 16,313.07 |
| 3018000.0011 | Waste | 17.73 | CY | | | | | | 0.00 | 125.06 | 2,217.36 |
| 3019000.0025 | 28 Meter Boom Pump | 159.58 | CY | | | 406 | | | 0.00 | 15.04 | 2,400.00 |
| | | | | | | | | | | | 47,304.22 |

### Location - 100-1 Partition Thickened Slab

| Item # | Description | Quantity | TU | AM | AL | AS | AE | AO | F | F | Total Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1000004.0002 | Concrete Washout | 99.09 | CY | | | | | A403 | 0.00 | 1.01 | 100.00 |
| 3000900.0007 | Excavation Labor | 116.11 | ECY | | 101F | | | | 47.00 | 12.35 | 1,433.89 |
| 3000950.0001 | Excavate-5 CY per HR | 116.11 | ECY | | | S406 | | | 24.00 | 24.14 | 2,802.35 |
| 3001500.0001 | Continuous Footing Layout | 1337.66 | LF | | | | | | 30.00 | 0.68 | 915.25 |
| 3003000.0035 | Reinforcing, Rebar, #4 | 1783.05 | LF | | | | | | 0.00 | 0.56 | 995.60 |
| 3003000.0035 | Reinforcing, Rebar, #4 | 2675.32 | LF | | | | | | 0.00 | 0.56 | 1,493.40 |
| 3003000.0035 | Reinforcing, Rebar, #4 | 728.97 | LF | | | | | | 0.00 | 0.56 | 407.36 |
| 3018000.0010 | 3000 PSI Concrete Ready Mix | 99.09 | CY | | | | | | 0.00 | 102.23 | 10,129.48 |
| 3018000.0011 | Waste | 17.02 | CY | | | | | | 0.00 | 114.19 | 1,943.47 |
| 3019000.0025 | 28 Meter Boom Pump | 99.09 | CY | | | 406 | | | 0.00 | 15.14 | 1,500.00 |
| 3021000.0020 | Concrete Labor by Cubic Yard | 99.09 | CY | | 101F | | | | 34.00 | 10.47 | 1,037.29 |
| 3021000.0245 | Drill and Epoxy Dowels | 1337.66 | LF | | | | | | 19.00 | 0.90 | 1,204.91 |

| Item # | Description | Quantity | TU | AM | AL | AS | AE | AO | F | F | Total Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | 23,963.00 |
| **Location - 101 CF2 AC** | | | | | | | | | | | |
| 1000004.0002 | Concrete Washout | 93.68 | CY | | | | | A403 | 0.00 | 1.00 | 94.00 |
| 3000900.0007 | Excavation Labor | 106.79 | ECY | | 101F | | | | 27.00 | 7.71 | 823.73 |
| 3000950.0004 | Excavate-8 CY per HR | 106.79 | ECY | | | | S406 | | 14.00 | 15.31 | 1,634.71 |
| 3001000.0005 | Form, 2" x 4" | 800.44 | LF | 227 | | | | | 0.00 | 0.32 | 252.35 |
| 3001000.0026 | Edge Form 12 LF/HR | 800.44 | LF | | | 101H | | | 67.00 | 2.55 | 2,044.06 |
| 3001500.0001 | Continuous Footing Layout | 800.44 | LF | | | | | | 18.00 | 0.69 | 549.15 |
| 3003000.0035 | Reinforcing, Rebar, #4 | 1600.38 | LF | | | | | | 0.00 | 0.56 | 893.76 |
| 3003000.0035 | Reinforcing, Rebar, #4 | 944.39 | LF | | | | | | 0.00 | 0.56 | 527.44 |
| 3003000.0040 | Reinforcing, Rebar, #5 | 4802.64 | LF | | | | | | 0.00 | 0.88 | 4,214.20 |
| 3006000.0020 | Stake, 36" x 3/4", 24" On Center | 800.44 | LF | | | | | | 0.00 | 0.47 | 375.06 |
| 3018000.0010 | 3000 PSI Concrete Ready Mix | 93.68 | CY | | | | | | 0.00 | 102.23 | 9,576.44 |
| 3018000.0011 | Waste | 13.11 | CY | | | | | | 0.00 | 114.19 | 1,497.00 |
| 3019000.0025 | 28 Meter Boom Pump | 93.68 | CY | | | | 406 | | 0.00 | 15.05 | 1,410.00 |
| 3021000.0020 | Concrete Labor by Cubic Yard | 93.68 | CY | | 101F | | | | 32.00 | 10.42 | 976.27 |
| | | | | | | | | | | | 24,868.17 |
| **Location - 101 GB2x1.5** | | | | | | | | | | | |
| 1000004.0002 | Concrete Washout | 94.69 | CY | | | | | A403 | 0.00 | 1.00 | 95.00 |
| 3000900.0007 | Excavation Labor | 107.00 | ECY | | 101F | | | | 27.00 | 7.70 | 823.73 |
| 3000950.0004 | Excavate-8 CY per HR | 107.00 | ECY | | | | S406 | | 14.00 | 15.28 | 1,634.71 |
| 3001000.0005 | Form, 2" x 4" | 1438.00 | LF | 227 | | | | | 0.00 | 0.31 | 445.33 |
| 3001000.0026 | Edge Form 12 LF/HR | 1438.00 | LF | | | 101H | | | 120.00 | 2.55 | 3,661.01 |
| 3001500.0001 | Continuous Footing Layout | 719.13 | LF | | | | | | 16.00 | 0.68 | 488.13 |
| 3003000.0035 | Reinforcing, Rebar, #4 | 1617.54 | LF | | | | | | 0.00 | 0.56 | 902.88 |
| 3003000.0035 | Reinforcing, Rebar, #4 | 848.46 | LF | | | | | | 0.00 | 0.56 | 474.24 |
| 3003000.0035 | Reinforcing, Rebar, #4 | 848.46 | LF | | | | | | 0.00 | 0.56 | 474.24 |
| 3003000.0040 | Reinforcing, Rebar, #5 | 4314.78 | LF | | | | | | 0.00 | 0.88 | 3,785.56 |
| 3006000.0020 | Stake, 36" x 3/4", 24" On Center | 1438.00 | LF | | | | | | 0.00 | 0.44 | 639.80 |
| 3018000.0011 | Waste | 12.31 | CY | | | | | | 0.00 | 125.06 | 1,539.52 |
| 3018000.0020 | 4000 PSI Concrete Ready Mix | 94.69 | CY | 224 | | | | 403 | 0.00 | 104.74 | 9,918.00 |
| 3019000.0025 | 28 Meter Boom Pump | 94.69 | CY | | | | 406 | | 0.00 | 15.05 | 1,425.00 |
| 3021000.0020 | Concrete Labor by Cubic Yard | 94.69 | CY | | 101F | | | | 32.00 | 10.31 | 976.27 |
| | | | | | | | | | | | 27,283.42 |
| **Location - 101-1 CF3 AC** | | | | | | | | | | | |
| 1000004.0002 | Concrete Washout | 59.17 | CY | | | | | A403 | 0.00 | 1.01 | 60.00 |
| 3000900.0007 | Excavation Labor | 65.68 | ECY | | 101F | | | | 17.00 | 7.90 | 518.64 |
| 3000950.0004 | Excavate-8 CY per HR | 65.68 | ECY | | | | S406 | | 9.00 | 16.00 | 1,050.88 |
| 3001000.0005 | Form, 2" x 4" | 337.02 | LF | 227 | | | | | 0.00 | 0.32 | 108.86 |
| 3001000.0026 | Edge Form 12 LF/HR | 337.02 | LF | | | 101H | | | 29.00 | 2.63 | 884.74 |
| 3001500.0001 | Continuous Footing Layout | 337.02 | LF | | | | | | 8.00 | 0.72 | 244.07 |
| 3003000.0035 | Reinforcing, Rebar, #4 | 1010.56 | LF | | | | | | 0.00 | 0.56 | 564.68 |
| 3003000.0035 | Reinforcing, Rebar, #4 | 397.63 | LF | | | | | | 0.00 | 0.56 | 222.68 |
| 3003000.0040 | Reinforcing, Rebar, #5 | 2022.12 | LF | | | | | | 0.00 | 0.88 | 1,774.60 |
| 3006000.0020 | Stake, 36" x 3/4", 24" On Center | 337.02 | LF | | | | | | 0.00 | 0.46 | 154.43 |
| 3018000.0010 | 3000 PSI Concrete Ready Mix | 59.17 | CY | | | | | | 0.00 | 102.22 | 6,048.65 |
| 3018000.0011 | Waste | 6.51 | CY | | | | | | 0.00 | 125.06 | 814.16 |

| Item # | Description | Quantity | TU | AM | AL | AS | AE | AO | F | F | Total Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3019000.0025 | 28 Meter Boom Pump | 59.17 | CY | | | 406 | | | 0.00 | 15.21 | 900.00 |
| 3021000.0020 | Concrete Labor by Cubic Yard | 59.17 | CY | | 101F | | | | 20.00 | 10.31 | 610.17 |
| | | | | | | | | | | | 13,956.56 |

### Location - 101-1 GB1.33x1.5

| Item # | Description | Quantity | TU | AM | AL | AS | AE | AO | F | F | Total Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1000004.0002 | Concrete Washout | 118.99 | CY | | | | | A403 | 0.00 | 1.00 | 119.00 |
| 3000900.0007 | Excavation Labor | 137.16 | ECY | | 101F | | | | 35.00 | 7.79 | 1,067.79 |
| 3000950.0004 | Excavate-8 CY per HR | 137.16 | ECY | | | S406 | | | 18.00 | 15.32 | 2,101.77 |
| 3001000.0005 | Form, 2" x 4" | 1161.96 | LF | 227 | | | | | 0.00 | 0.31 | 361.21 |
| 3001000.0026 | Edge Form 12 LF/HR | 1161.96 | LF | | 101H | | | | 97.00 | 2.55 | 2,959.31 |
| 3001500.0001 | Continuous Footing Layout | 1161.96 | LF | | | | | | 26.00 | 0.68 | 793.22 |
| 3003000.0035 | Reinforcing, Rebar, #4 | 2032.93 | LF | | | | | | 0.00 | 0.56 | 1,134.68 |
| 3003000.0035 | Reinforcing, Rebar, #4 | 1370.92 | LF | | | | | | 0.00 | 0.56 | 765.32 |
| 3003000.0040 | Reinforcing, Rebar, #5 | 6971.76 | LF | | | | | | 0.00 | 0.88 | 6,117.24 |
| 3006000.0020 | Stake, 36" x 3/4", 24" On Center | 1161.96 | LF | | | | | | 0.00 | 0.46 | 529.49 |
| 3018000.0011 | Waste | 18.17 | CY | | | | | | 0.00 | 125.06 | 2,272.39 |
| 3018000.0020 | 4000 PSI Concrete Ready Mix | 118.99 | CY | 224 | | | | 403 | 0.00 | 104.41 | 12,423.60 |
| 3019000.0025 | 28 Meter Boom Pump | 118.99 | CY | | | 406 | | | 0.00 | 15.00 | 1,785.00 |
| 3021000.0020 | Concrete Labor by Cubic Yard | 118.99 | CY | | 101F | | | | 40.00 | 10.26 | 1,220.34 |
| | | | | | | | | | | | 33,650.36 |

### Location - 101-2 F4 AC

| Item # | Description | Quantity | TU | AM | AL | AS | AE | AO | F | F | Total Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3000900.0007 | Excavation Labor | 19.15 | ECY | | 101F | | | | 8.00 | 12.75 | 244.07 |
| 3000950.0001 | Excavate-5 CY per HR | 19.15 | ECY | | | S406 | | | 4.00 | 24.39 | 467.06 |
| 3001000.0005 | Form, 2" x 4" | 108.00 | LF | 227 | | | | | 0.00 | 0.32 | 34.64 |
| 3001000.0026 | Edge Form 12 LF/HR | 108.00 | LF | | 101H | | | | 9.00 | 2.54 | 274.58 |
| 3001000.1754 | Pad Footing-Base Plate Template (Column Template) | 18.00 | EA | | 101F | | | | 36.00 | 61.02 | 1,098.30 |
| 3001500.0005 | Spread Footing Layout EA | 18.00 | EA | | 101F | | | | 36.00 | 61.02 | 1,098.30 |
| 3003000.0040 | Reinforcing, Rebar, #5 | 1394.00 | LF | | | | | | 0.00 | 0.88 | 1,223.60 |
| 3003000.0040 | Reinforcing, Rebar, #5 | 720.00 | LF | | | | | | 0.00 | 0.88 | 632.32 |
| 3003000.0040 | Reinforcing, Rebar, #5 | 18.00 | EA | | | | | | 0.00 | 20.77 | 373.92 |
| 3006000.0005 | Stake, 12" x 3/4", 48" On Center | 108.00 | LF | 227 | | | | | 0.00 | 0.18 | 19.75 |
| 3018000.0010 | 3000 PSI Concrete Ready Mix | 16.85 | CY | | | | | | 0.00 | 102.22 | 1,722.49 |
| 3018000.0011 | Waste | 2.30 | CY | | | | | | 0.00 | 125.06 | 287.64 |
| 3019000.0025 | 28 Meter Boom Pump | 16.85 | CY | | | 406 | | | 0.00 | 15.13 | 255.00 |
| 3021000.0020 | Concrete Labor by Cubic Yard | 16.85 | CY | | 101F | | | | 6.00 | 10.86 | 183.05 |
| | | | | | | | | | | | 7,914.72 |

### Location - 101-2 Pile Caps

| Item # | Description | Quantity | TU | AM | AL | AS | AE | AO | F | F | Total Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3000900.0007 | Excavation Labor | 95.68 | ECY | | 101F | | | | 39.00 | 12.44 | 1,189.83 |
| 3000950.0001 | Excavate-5 CY per HR | 95.68 | ECY | | | S406 | | | 20.00 | 24.41 | 2,335.29 |
| 3001500.0005 | Spread Footing Layout EA | 251.00 | EA | | 101F | | | | 502.00 | 61.02 | 15,315.22 |
| 3003000.0040 | Reinforcing, Rebar, #5 | 5848.30 | LF | | | | | | 0.00 | 0.88 | 5,131.52 |
| 3018000.0011 | Waste | 15.94 | CY | | | | | | 0.00 | 125.06 | 1,993.50 |
| 3018000.0020 | 4000 PSI Concrete Ready Mix | 79.74 | CY | 224 | | | | 403 | 0.00 | 104.74 | 8,352.00 |
| 3019000.0025 | 28 Meter Boom Pump | 79.74 | CY | | | 406 | | | 0.00 | 15.05 | 1,200.00 |
| 3021000.0020 | Concrete Labor by Cubic Yard | 79.74 | CY | | 101F | | | | 27.00 | 10.33 | 823.73 |
| | | | | | | | | | | | 36,341.09 |

| Item # | Description | Quantity | TU | AM | AL | AS | AE | AO | F | F | Total Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Location - 101-3 Elevator Foundation** | | | | | | | | | | | |
| 1000004.0002 | Concrete Washout | 20.56 | CY | | | | | A403 | 0.00 | 1.02 | 21.00 |
| 3000900.0007 | Excavation Labor | 70.47 | ECY | | 101F | | | | 29.00 | 12.55 | 884.74 |
| 3000950.0001 | Excavate-5 CY per HR | 70.47 | ECY | | | | S406 | | 15.00 | 24.85 | 1,751.47 |
| 3001000.0005 | Form, 2" x 4" | 65.30 | LF | 227 | | | | | 0.00 | 0.38 | 24.74 |
| 3001000.0026 | Edge Form 12 LF/HR | 65.30 | LF | | 101H | | | | 6.00 | 2.80 | 183.05 |
| 3003000.0040 | Reinforcing, Rebar, #5 | 391.80 | LF | | | | | | 0.00 | 0.88 | 344.28 |
| 3003000.0040 | Reinforcing, Rebar, #5 | 106.76 | LF | | | | | | 0.00 | 0.88 | 94.24 |
| 3006000.0020 | Stake, 36" x 3/4", 24" On Center | 65.30 | LF | | | | | | 0.00 | 0.68 | 44.12 |
| 3010000.0001 | Cure | 271.83 | SF | 228 | 101L | | | | 1.00 | 0.27 | 73.06 |
| 3010000.0005 | Slab on Grade, Pour Crew | 271.83 | SF | | 101H | | | | 19.00 | 2.13 | 579.66 |
| 3010000.0020 | Slab Set Up | 271.83 | SF | | 101H | | | | 2.00 | 0.22 | 61.02 |
| 3018000.0011 | Waste | 0.42 | CY | | | | | | 0.00 | 125.07 | 52.53 |
| 3018000.0020 | 4000 PSI Concrete Ready Mix | 20.56 | CY | 224 | | | | 403 | 0.00 | 106.63 | 2,192.40 |
| 3019000.0025 | 28 Meter Boom Pump | 20.56 | CY | | | 406 | | | 0.00 | 15.32 | 315.00 |
| | | | | | | | | | | | 6,621.31 |
| **Location - 200 2" Topping Slabs** | | | | | | | | | | | |
| 3000900.0010 | Deck Cleaning Labor | 73565.05 | SF | | 101H | | | | 184.00 | 0.08 | 5,613.55 |
| 3001000.0050 | Plywood Panel 8"x16' | 3401.10 | LF | 227 | | | | | 426.00 | 4.87 | 16,570.75 |
| 3003500.0005 | Reinforcing, Wire Mesh, 4" x 4" - #10 / 10' | 73565.05 | SF | | | | | | 323.00 | 0.32 | 23,615.44 |
| 3010000.0001 | Cure | 73565.05 | SF | 228 | 101L | | | | 30.00 | 0.06 | 4,063.67 |
| 3010000.0002 | Place & Finish Slab on Grade Per SF | 73565.05 | SF | | | 406 | | | 669.00 | 0.28 | 20,410.12 |
| 3010000.0005 | Slab on Grade, Pour Crew | 73565.05 | SF | | 101H | | | | 226.00 | 0.09 | 6,894.90 |
| 3010000.0020 | Slab Set Up | 73565.05 | SF | | 101H | | | | 211.00 | 0.09 | 6,437.27 |
| 3018000.0010 | 3000 PSI Concrete Ready Mix | 567.65 | CY | | | | | | 0.00 | 102.23 | 58,028.02 |
| 3018000.0011 | Waste | 113.55 | CY | | | | | | 0.00 | 114.19 | 12,965.99 |
| 3019000.0025 | 28 Meter Boom Pump | 567.65 | CY | | | 406 | | | 0.00 | 35.02 | 19,880.00 |
| | | | | | | | | | | | 174,479.71 |
| **Location - 201 Pan Stairs** | | | | | | | | | | | |
| 3000900.0010 | Deck Cleaning Labor | 1894.25 | SF | | 101H | | | | 190.00 | 3.06 | 5,796.60 |
| 3003500.0005 | Reinforcing, Wire Mesh, 4" x 4" - #10 / 10' | 1894.25 | SF | | | | | | 34.00 | 0.74 | 1,409.22 |
| 3018000.0010 | 3000 PSI Concrete Ready Mix | 15.55 | CY | | | | | | 0.00 | 102.23 | 1,589.60 |
| 3018000.0011 | Waste | 0.45 | CY | | | | | | 0.00 | 114.18 | 51.38 |
| 3021000.0021 | Concrete Labor Drag Hose | 15.55 | SF | | 101H | | | | 32.00 | 62.78 | 976.27 |
| 3021000.0110 | Fill Stair Pans Labor | 1894.25 | SF | | | | | | 127.00 | 2.05 | 3,874.57 |
| 3021000.0115 | Stair Nosing Labor and Material | 283.70 | LF | | | | | | 19.00 | 12.07 | 3,424.25 |
| | | | | | | | | | | | 17,121.89 |

|  |  |
|---|---|
| Total Cost | $1,569,514.89 |
| Markup | $627,805.99 |
| Total Price | $2,197,320.88 |

**Concrete Technology Incorporated**
PO Box 7389
Moreno Valley, CA 92552

**Cat Cost**
#295 Courthouse Bay BEQ
04/30/12

| Description | Quantity | Unit | Unit Cost | Total Cost |
|---|---|---|---|---|
| **Not Assigned** | | | | |
| Equipment Rental | 63.19 | DY | 75.20 | 4,524.01 |
| Fuel | 12,638.00 | $ | 1.00 | 12,638.00 |
| Small Tools | 5,055.00 | MH | 1.09 | 5,497.31 |
| 2 BEQ's | 935,404.00 | $ | 1.00 | 935,404.00 |
| Concrete Supervision | 505.52 | HR | 82.47 | 41,561.83 |
| Foreman Truck | 63.19 | DY | 98.34 | 5,916.01 |
| | | | | 1,005,541.16 |
| **01 Allowances** | | | | |
| Equipment Purchase | 30,000.00 | $ | 1.09 | 32,625.00 |
| Travel Compensation | 5,500.00 | $ | 1.00 | 5,500.00 |
| Airfare | 16,000.00 | $ | 1.00 | 16,000.00 |
| Motel | 18,000.00 | | 1.00 | 18,000.00 |
| | | | | 72,125.00 |
| **01 General Requirements** | | | | |
| JOB START UP | 5,055.00 | HR | 1.25 | 6,043.01 |
| Storage Container | 2.88 | MO | 348.84 | 600.00 |
| JOB SET UP SUPPLIES | 4.00 | EA | 378.37 | 1,513.46 |
| Trucking-Concrete | 1,284.00 | HR | 2.12 | 2,722.08 |
| Safety Training | 5,055.00 | HR | 0.32 | 1,586.44 |
| | | | | 12,464.99 |
| **02 Foundations** | | | | |
| Concrete Washout | 387.09 | CY | 1.01 | 389.00 |
| Excavation Labor | 601.93 | EC | 12.75 | 5,552.53 |
| Excavate-5 CY per HR | 185.30 | EC | 24.39 | 4,553.82 |
| Excavate-8 CY per HR | 416.63 | EC | 16.00 | 6,422.07 |
| Form, 2" x 4" | 3,910.72 | LF | 0.32 | 1,227.13 |
| Edge Form 12 LF/HR | 3,910.72 | LF | 2.54 | 10,006.75 |
| Pad Footing-Base Plate Template (Column Template) | 18.00 | EA | 61.02 | 1,098.30 |
| Continuous Footing Layout | 3,018.55 | LF | 0.72 | 2,074.57 |
| Spread Footing Layout EA | 269.00 | EA | 61.02 | 16,413.52 |
| Reinforcing, Rebar, #4 | 10,671.27 | LF | 0.56 | 5,959.92 |
| Reinforcing, Rebar, #5 | 26,590.16 | EA | 20.77 | 23,691.48 |
| Stake, 12" x 3/4", 48" On Center | 108.00 | LF | 0.18 | 19.75 |
| Stake, 36" x 3/4", 24" On Center | 3,802.72 | LF | 0.46 | 1,742.90 |
| Cure | 271.83 | SF | 0.27 | 73.06 |
| Slab on Grade, Pour Crew | 271.83 | SF | 2.13 | 579.66 |
| Slab Set Up | 271.83 | SF | 0.22 | 61.02 |
| 3000 PSI Concrete Ready Mix | 169.70 | CY | 102.22 | 17,347.58 |
| Waste | 68.76 | CY | 125.06 | 8,456.74 |
| 4000 PSI Concrete Ready Mix | 313.98 | CY | 106.63 | 32,886.00 |
| 28 Meter Boom Pump | 483.68 | CY | 15.13 | 7,290.00 |
| Concrete Labor by Cubic Yard | 463.12 | CY | 10.86 | 4,789.83 |
| | | | | 150,635.63 |

**03 SOG**

| Description | Quantity | Unit | Unit Cost | Total Cost |
|---|---:|---|---:|---:|
| Concrete Washout | 463.02 | CY | 1.00 | 465.00 |
| Excavation Labor | 116.11 | EC | 12.35 | 1,433.89 |
| Excavate-5 CY per HR | 116.11 | EC | 24.14 | 2,802.35 |
| Form, 2" x 4" | 132.00 | LF | 0.33 | 44.53 |
| Set Edge Form 14 lf per Hour | 50.00 | LF | 2.44 | 122.03 |
| Form, 2" x 12" | 100.00 | LF | 1.65 | 165.30 |
| Edge Form 12 LF/HR | 50.00 | LF | 3.05 | 152.54 |
| Edge Form 14 LF/ HR | 132.00 | LF | 2.54 | 335.59 |
| Continuous Footing Layout | 1,337.66 | LF | 0.68 | 915.25 |
| Reinforcing, Rebar, #4 | 5,187.34 | LF | 0.56 | 2,896.36 |
| Reinforcing, Wire Mesh, 4" x 4" - #10 / 10' | 26,203.16 | SF | 0.52 | 13,633.16 |
| Joint, Saw Cut | 2,229.09 | LF | 0.40 | 911.36 |
| Joint, Expansion, Asphalt, 1/2" x 4" | 4,178.00 | LF | 1.86 | 7,774.38 |
| Stake, 18" x 3/4", 48" On Center | 100.00 | LF | 0.28 | 27.82 |
| Stake, 18" x 3/4", 36" On Center | 132.00 | LF | 0.23 | 27.80 |
| Cure | 26,203.16 | SF | 0.06 | 1,484.34 |
| Place & Finish Slab on Grade Per SF | 26,203.16 | SF | 0.28 | 6,803.37 |
| Slab on Grade, Pour Crew | 26,203.16 | SF | 0.08 | 2,288.13 |
| Vapor barrier, 10 Mil Polyethylene | 26,203.16 | SF | 0.09 | 2,463.16 |
| Slab Set Up | 26,203.16 | SF | 0.20 | 5,369.48 |
| Fine Grade-SOG | 26,203.16 | SF | 0.48 | 13,454.23 |
| Concrete Base, Coarse Sand | 497.18 | TN | 20.66 | 10,272.98 |
| 3000 PSI Concrete Ready Mix | 463.02 | CY | 102.23 | 47,332.23 |
| Waste | 57.46 | CY | 125.06 | 6,754.03 |
| 28 Meter Boom Pump | 463.02 | CY | 15.04 | 6,975.00 |
| Concrete Labor by Cubic Yard | 99.09 | CY | 10.47 | 1,037.29 |
| Drill and Epoxy Dowells | 1,337.66 | LF | 0.90 | 1,204.91 |
| | | | | 137,146.51 |

**04 SOD**

| Description | Quantity | Unit | Unit Cost | Total Cost |
|---|---:|---|---:|---:|
| Deck Cleaning Labor | 75,459.30 | SF | 3.06 | 11,410.15 |
| Plywood Panel 8"x16' | 3,401.10 | LF | 4.87 | 16,570.75 |
| Reinforcing, Wire Mesh, 4" x 4" - #10 / 10' | 75,459.30 | SF | 0.74 | 25,024.66 |
| Cure | 73,565.05 | SF | 0.06 | 4,063.67 |
| Place & Finish Slab on Grade Per SF | 73,565.05 | SF | 0.28 | 20,410.12 |
| Slab on Grade, Pour Crew | 73,565.05 | SF | 0.09 | 6,894.90 |
| Slab Set Up | 73,565.05 | SF | 0.09 | 6,437.27 |
| 3000 PSI Concrete Ready Mix | 583.20 | CY | 102.23 | 59,617.62 |
| Waste | 114.00 | CY | 114.18 | 13,017.37 |
| 28 Meter Boom Pump | 567.65 | CY | 35.02 | 19,880.00 |
| Concrete Labor Drag Hose | 15.55 | SF | 62.78 | 976.27 |
| Fill Stair Pans Labor | 1,894.25 | SF | 2.05 | 3,874.57 |
| Stair Nosing Labor and Material | 283.70 | LF | 12.07 | 3,424.25 |
| | | | | 191,601.60 |

| | | |
|---|---:|---:|
| | Total Cost | $1,569,514.89 |
| | Markup | $627,805.99 |
| | Total Price | $2,197,320.88 |

**Concrete Technology Incorporated**  
PO Box 7389  
Moreno Valley, CA 92552  

1 BEQ

**Labor Prod Cat**  
#295 Courthouse Bay BEQ  
04/30/12

| Description | Quantity | Labor | Labor Order |
|---|---|---|---|
| **Not Assigned** | | | |
| Equipment Rental | 53.79 | 0.00 | 0.00 |
| Fuel | 10758.00 | 0.00 | 0.00 |
| Small Tools | 4303.00 | 0.00 | 0.00 |
| Concrete Supervision | 430.32 | 35.00 | 861.00 |
| Foreman Truck | 53.79 | 0.00 | 0.00 |
| | | | |
| **01 General Requirements** | | | |
| JOB START UP | 4303.00 | 50.00 | 87.00 |
| Storage Container | 2.45 | 0.00 | 0.00 |
| JOB SET UP SUPPLIES | 2.00 | 0.00 | 0.00 |
| Trucking-Concrete | 856.00 | 0.00 | 0.00 |
| Safety Training | 4303.00 | 26.00 | 44.00 |
| | | | |
| **02 Foundations** | | | |
| Concrete Washout | 234.24 | 0.00 | 0.00 |
| Excavation Labor | 410.31 | 26.00 | 130.00 |
| Excavate-5 CY per HR | 166.15 | 30.00 | 35.00 |
| Excavate-8 CY per HR | 244.16 | 30.00 | 32.00 |
| Form, 2" x 4" | 2665.26 | 0.00 | 0.00 |
| Edge Form 12 LF/HR | 2665.26 | 26.00 | 223.00 |
| Continuous Footing Layout | 1881.09 | 26.00 | 42.00 |
| Spread Footing Layout EA | 251.00 | 26.00 | 502.00 |
| Reinforcing, Rebar, #4 | 6718.31 | 0.00 | 0.00 |
| Reinforcing, Rebar, #5 | 19027.40 | 0.00 | 0.00 |
| Stake, 36" x 3/4", 24" On Center | 2665.26 | 0.00 | 0.00 |
| Cure | 271.83 | 26.00 | 1.00 |
| Slab on Grade, Pour Crew | 271.83 | 26.00 | 19.00 |
| Slab Set Up | 271.83 | 26.00 | 2.00 |
| Waste | 46.84 | 0.00 | 0.00 |
| 4000 PSI Concrete Ready Mix | 313.98 | 0.00 | 0.00 |
| 28 Meter Boom Pump | 313.98 | 0.00 | 0.00 |
| Concrete Labor by Cubic Yard | 293.42 | 26.00 | 99.00 |
| | | | |
| **03 SOG** | | | |
| Concrete Washout | 303.44 | 0.00 | 0.00 |
| Excavation Labor | 116.11 | 26.00 | 47.00 |
| Excavate-5 CY per HR | 116.11 | 30.00 | 24.00 |
| Form, 2" x 4" | 72.00 | 0.00 | 0.00 |
| Form, 2" x 12" | 50.00 | 0.00 | 0.00 |
| Edge Form 12 LF/HR | 50.00 | 26.00 | 5.00 |
| Edge Form 14 LF/ HR | 72.00 | 26.00 | 6.00 |
| Continuous Footing Layout | 1337.66 | 26.00 | 30.00 |
| Reinforcing, Rebar, #4 | 5187.34 | 0.00 | 0.00 |
| Reinforcing, Wire Mesh, 4" x 4" - #10 / 10' | 14713.01 | 26.00 | 65.00 |
| Joint, Saw Cut | 1251.63 | 26.00 | 6.00 |

| Description | Quantity | Labor | Labor Order |
|---|---|---|---|
| Joint, Expansion, Asphalt, 1/2" x 4" | 3041.00 | 26.00 | 153.00 |
| Stake, 18" x 3/4", 48" On Center | 50.00 | 0.00 | 0.00 |
| Stake, 18" x 3/4", 36" On Center | 72.00 | 0.00 | 0.00 |
| Cure | 14713.01 | 26.00 | 6.00 |
| Place & Finish Slab on Grade Per SF | 14713.01 | 26.00 | 118.00 |
| Slab on Grade, Pour Crew | 14713.01 | 26.00 | 43.00 |
| Vapor barrier, 10 Mil Polyethylene | 14713.01 | 26.00 | 10.00 |
| Slab Set Up | 14713.01 | 26.00 | 99.00 |
| Fine Grade-SOG | 14713.01 | 26.00 | 82.00 |
| Concrete Base, Coarse Sand | 326.96 | 0.00 | 0.00 |
| 3000 PSI Concrete Ready Mix | 303.44 | 0.00 | 0.00 |
| Waste | 39.73 | 0.00 | 0.00 |
| 28 Meter Boom Pump | 303.44 | 0.00 | 0.00 |
| Concrete Labor by Cubic Yard | 99.09 | 26.00 | 34.00 |
| Drill and Epoxy Dowells | 1337.66 | 26.00 | 19.00 |

**04 SOD**

| Description | Quantity | Labor | Labor Order |
|---|---|---|---|
| Deck Cleaning Labor | 75459.30 | 26.00 | 374.00 |
| Plywood Panel 8"x16' | 3401.10 | 26.00 | 426.00 |
| Reinforcing, Wire Mesh, 4" x 4" - #10 / 10' | 75459.30 | 26.00 | 357.00 |
| Cure | 73565.05 | 26.00 | 30.00 |
| Place & Finish Slab on Grade Per SF | 73565.05 | 26.00 | 669.00 |
| Slab on Grade, Pour Crew | 73565.05 | 26.00 | 226.00 |
| Slab Set Up | 73565.05 | 26.00 | 211.00 |
| 3000 PSI Concrete Ready Mix | 583.20 | 0.00 | 0.00 |
| Waste | 114.00 | 0.00 | 0.00 |
| 28 Meter Boom Pump | 567.65 | 0.00 | 0.00 |
| Concrete Labor Drag Hose | 15.55 | 26.00 | 32.00 |
| Fill Stair Pans Labor | 1894.25 | 26.00 | 127.00 |
| Stair Nosing Labor and Material | 283.70 | 26.00 | 19.00 |